# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 18-7089 |
| BRUCE TAYLOR | : | **CRIMINAL COMPLAINT** |

I, David L. Scanlon, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

_____
David L. Scanlon, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence,

May 8, 2018                                    at      Essex County, New Jersey
Date                                                       County and State

Honorable Cathy L. Waldor
United States Magistrate Judge                     _____
Name and Title of Judicial Officer                  Signature of Judicial Officer

## **ATTACHMENT A**

### **COUNT ONE**
(Possession of a Firearm by a Convicted Felon)

On or about February 20, 2018, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

**BRUCE TAYLOR,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Hudson County, did knowingly possess in and affecting commerce a firearm, namely a Smith & Wesson 9mm Luger semiautomatic pistol, bearing recovered serial number PBU6750, fitted with a large capacity ammunition magazine and loaded with sixteen (16) 9mm Luger caliber cartridges.

In violation of Title 18, United States Code, Section 922(g)(1).

## ATTACHMENT B

I, David L. Scanlon, am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1.  On or about February 20, 2018, at approximately 9:30 p.m., a detective with the North Bergen Police Department was at a motel in North Bergen, New Jersey for investigative purposes when he observed a white, four-door sedan pull into the parking lot of the motel.

2.  The detective observed two individuals emerge from the vehicle: the driver, later identified as Bruce Taylor ("TAYLOR"), and a female passenger. The female passenger was smoking.

3.  As the detective began to walk past TAYLOR and the female passenger, he detected the odor of marijuana. The detective, who was in plainclothes and wearing his police badge outside of his clothing, identified himself as a police officer. The female passenger informed him that she had been smoking marijuana.

4.  The detective called for backup and asked TAYLOR and the female passenger for identification. The female passenger indicated that her driver's license may be inside the white sedan. TAYLOR admitted to the detective that the vehicle belonged to him. Backup units arrived at the motel.

5.  The detective approached the white sedan and smelled the odor of marijuana emanating from inside the vehicle. The detective removed TAYLOR's keys from his front pocket and opened the door to the vehicle. The detective then observed a firearm in the middle console of the vehicle.

6.  The officers handcuffed TAYLOR, placed him under arrest, and secured the firearm in the white sedan.

7.  The firearm was a Smith & Wesson 9mm Luger semiautomatic pistol, bearing recovered serial number PBU6750, fitted with a large capacity ammunition magazine and loaded with sixteen (16) 9mm Luger caliber cartridges.

8.      Before being recovered in New Jersey on or about February 20, 2018, the firearm and ammunition moved in interstate commerce. The firearm has been determined to be operable and designed to expel a projectile by the action of an explosion.

9.      Before possessing the firearm on or about February 20, 2018, TAYLOR was convicted, on or about December 14, 2000, in the Superior Court of New Jersey, Hudson County, of aggravated manslaughter, in violation of N.J.S.A. 2C:11-4A, a crime punishable by imprisonment for a term exceeding one year.